# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NEVADA OSTEOPATHIC MEDICAL ASSOCIATION, A NEVADA DOMESTIC NONPROFIT COOPERATIVE CORPORATION; AND BRUCE FONG, DO, HMD, AN INDIVIDUAL,<br><br>                Appellants,<br><br>vs.<br><br>THE HONORABLE STEVE SISOLAK, AS GOVERNOR OF THE STATE OF NEVADA; NEVADA STATE BOARD OF PHARMACY, AN ADMINISTRATIVE AGENCY OF THE STATE OF NEVADA; AND STATE OF NEVADA, CHIEF MEDICAL OFFICER, IHSAN AZZAM, PH.D., M.D.,<br><br>                Respondents. | No. 81734<br><br>**FILED**<br><br>NOV 20 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from an order denying an emergency petition for a preliminary injunction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

On March 23, 2020, Governor Sisolak issued an emergency regulation limiting Nevada health practitioners from prescribing hydroxychloroquine and chloroquine. Appellants filed an emergency petition for a preliminary injunction to enjoin enforcement of the regulation and to permit them to prescribe the drugs as they deemed necessary. The district court denied the petition, and appellants appeal. Respondents have filed a motion to dismiss the appeal on the ground that the appeal is moot because Governor Sisloak's order expired by operation of law on July 21, 2020, and the issue is no longer viable. *See* NRS 233.0631(4). Appellants

oppose the motion and argue the issues are capable of repetition yet evading review. Respondents have filed a reply.

Having considered the arguments of the parties, this court concludes that the issue on appeal is moot and not subject to an exception. While "other administrative agencies will enact emergency regulations in the future, the issues raised in those potential future cases would not be similar to the issues presented in this appeal." *Indep. Alcohol Distribs. of Nev., Inc. v. State Dep't of Taxation*, Docket No. 73883 (Order Dismissing Appeal, Nov. 28, 2018). The motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:     Hon. Scott N. Freeman, District Judge
        Joey Gilbert Law
        Humphrey Law PLLC
        Attorney General/Carson City
        Courtney K. Lee
        Attorney General/Las Vegas
        W. Brett Kandt
        Washoe District Court Clerk